UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

                Plaintiff,

  v.

EDWARD WOODS, et al.,

                Defendants.

No. 3:16-CV-05077-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status and Dismiss this Action as Frivolous (Dkt. 26) is denied.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 11th day of July, 2016.

                                                Ronald B. Leighton
                                                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1