UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

                            Plaintiff,

        v.

EDWARD WOODS, et al.,

                            Defendants.

No.  3:16-CV-05077-RBL-DWC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David

W. Christel, objections to the Report and Recommendation, [Dkt 99], and the remaining record,

does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.[Dkt # 96]

(2)     Defendants' Motion for Summary Judgment  (Dkt. 54) is GRANTED. Claims 1-9
        are Dismissed without prejudice; Claim 10 is Dismissed with prejudice.

(3)     Plaintiff's Motion to Compel [Dkt 97] is DENIED as moot.

(4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
        Defendants, and to the Hon. David W. Christel.

DATED this  31st  day of March, 2017.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1